## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **07-CR-0361-1** |
| | : | |
| **v.** | : | |
| | : | *In re* **PETITION OF** |
| **DONALD DOUGHERTY, JR.** | : | **JOHN J. DOUGHERTY** |

## O R D E R

**AND NOW**, this 23rd day of July, 2014, upon consideration of John J. Dougherty's Expedited Petition to Enforce and Maintain Seal Protection Over the Highly Confidential FBI Affidavit Pertaining to John J. Dougherty (Docket No. 136), the (interested) parties' capable briefing (Docket Nos. 137, 138, 139, 146, 147, 148, 152, 155, 156, & 157), and oral argument and hearings on May 7, June 5, and June 17, 2014, **the Court hereby ORDERS that, for the reasons set forth in the accompanying Memorandum, the Petition is DENIED**.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge