IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07-361 |
| : | |
| DONALD DOUGHERTY, JR. : | |

NOTICE OF WITHDRAWAL OF MOTION TO
MARK RESTITUTION OBLIGATION SATISFIED

Defendant Donald Dougherty, Jr., through his undersigned counsel, hereby proposes to withdraw his pending Motion to Mark Restitution Obligation Satisfied. In support of this notice, Mr. Dougherty states:

1. Mr. Dougherty was sentenced by this Court on or about December 17, 2008, to a term of imprisonment of 24 months, followed by 5 years of supervised release. He also was ordered to pay restitution in the amount of $2,306,541, which included $1,633,471 to be paid to the Internal Revenue Service (the "IRS") and $673,070 to be paid to either the International brotherhood of Electrical Workers Local 98 or to counsel for the IBEW Benefits Fund (collectively "IBEW 98"). Judgment and Conviction Doc. No. 114.

2. The IRS restitution has been paid in full.

3. On March 8, 2016, Mr. Dougherty filed the instant motion to mark restitution satisfied based on a prior $200,000 settlement with IBEW 98. The parties later agreed that a

1

decision on that motion be stayed pending a then ongoing federal criminal investigation. Doc. No. 169.

4.   Simultaneous with this notice, the parties are filing a stipulation which, if approved by the Court, would result in an additional payment by Mr. Dougherty that would resolve in full all outstanding restitution issues regarding the remaining restitution owed to IBEW 98.

WHEREFORE, Mr. Dougherty respectfully withdraws his pending Motion to Mark Restitution Obligation Satisfied.

Respectfully submitted,

BY:   /s/ Eric W. Sitarchuk
Eric W. Sitarchuk
MORGAN LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA  19103
215-963-5000

DATED:  April 27, 2021


APPROVED BY THE COURT:

_____
THE HONORABLE GENE E.K. PRATTER
DATED: April 28, 2021